UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON
CIVIL ACTION NO. 5:07-CV-00005-JMH

KEN HODAK                                                                                                      PLAINTIFF

v.        **PLAINTIFF'S MOTION TO COMPEL
          DEPOSITION TESTIMONY**

MADISON CAPITAL MANAGEMENT, LLC; et al.                                       DEFENDANTS

\* \* \* \* \* \* \* \*

Comes now, Plaintiff, Ken Hodak (hereinafter "Hodak"), through counsel, and hereby moves the Court to enter an Order compelling deponents Brian Gordon, Chauncey Curtz and Jonathan Baum to answer specific deposition questions pursuant to FRCP 37(a)(3)(B)(i). In support of his Motion, Plaintiff states that he has simultaneously filed a Memorandum of Law.

                Respectfully Submitted,

                WALTHER, ROARK & GAY, PLC

                /s/ W. Scott Hunt
                Robert L. Roark, Esq.
                Erica L. Keenan, Esq.
                W. Scott Hunt, Esq.
                163 East Main Street, Suite 200
                P.O. Box 1598
                Lexington, Kentucky  40588-1598
                (859) 225-4714

                COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    This is to certify that on April 9, 2008, I electronically filed the foregoing using this Court's CM/ECF system, which will send a notice of electronic filing to Susan Sears, Counsel for Defendants.

                                              /s/ W. Scott Hunt_____
                                              COUNSEL FOR PLAINTIFF