UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON
CIVIL ACTION NO. 5:07-CV-00005-JMH

KEN HODAK                                                                                            PLAINTIFF

v.   **PLAINTIFF'S MOTION FOR STAY OF PROCEEDINGS TO ENFORCE JUDGMENT, MOTION FOR APPROVAL OF THE SUPERSEDEAS BOND AND MOTION FOR PROTECTIVE ORDER**

MADISON CAPITAL MANAGEMENT, LLC; et al.                              DEFENDANTS

* * * * * * * *

Comes now, Plaintiff Ken Hodak (hereinafter "Hodak"), through counsel, and hereby moves the Court to enter an Order for a stay of proceedings to enforce judgment pursuant to FRCP 62(d), approval of the supersedeas bond and protective order.

## ARGUMENT

**I.   THE COURT SHOULD STAY ENFORCEMENT OF THE JUDGMENT OF $198,026.75 PLUS COSTS AND APPROVE THE SUPERSEDEAS BOND**

FRCP 62(d) allows the Court to stay the execution of enforcement proceedings of the above-referenced judgment by supersedeas bond while the matter is on appeal.  In *Arban v. West Pub. Corp.*, (6th Cir.), 345 F.3d 390 (2003), the court noted that FRCP 62(d) entitles a party who files a satisfactory supersedeas bond to a stay of money judgment as a matter of right.  *Federal Prescription Serv., Inc. v. Am. Pharm. Ass'n.*, 636 F.2d 755, 759 (D.C. Cir. 1980) (citing *Am. Mfr. Mut. Ins. Co. v. Am. Broad. Paramount Theatres, Inc.*, 385 U.S. 931, 87 S.Ct. 291, 17 L.Ed.2d 213 (1966).

Here, Hodak has secured a supersedeas bond from the Ohio Casualty Insurance Company in the amount of $275,000.  (See Bond attached hereto as **Exhibit 1**).  This supersedeas bond is

in compliance with the Court's Order entered March 27, 2009 wherein the Court requested that the bond comply with FRCP 62(d) and LR 65.1.1.(a)(1), (2) or (3). Moreover, the amount of $275,000 is sufficiently more to pay the $198,026.75 judgment plus costs and federal judgment rate of interest of .05%.

Further, Hodak requests that, upon approval of the supersedeas bond, the Court enter the attached Order staying all discovery proceedings for enforcement efforts undertaken by Defendants, to take further discovery of Hodak's financial information. Further, Hodak would request that Defendants immediately cease any attempts to collect on the judgment, including but not limited to, all previously issued garnishments it has filed in this matter. Defendants have garnished Hodak's wages in excess of $5,000.00.

Moreover, Defendants have subpoenaed Harvest Financial Corporation to produce documents relating to Ken Hodak and his wife, Theresa Hodak (who is NOT a party to this litigation) on April 6, 2009. (See Subpoena attached hereto as **Exhibit 2**). Should the Court grant the Motion to Approve the Supersedeas Bond, Hodak requests that the Court grant his Motion for Protective Order and order that Harvest Financial Corporation not comply with subpoena.

## CONCLUSION

Pursuant to FRCP 62(d), Plaintiff Ken Hodak respectfully requests that the Court grant his Motion for Stay of Proceedings to Enforcement Judgment, Motion for Approval of the Supersedeas Bond and Motion for Protective Order pending appeal with the United States Court of Appeals for the Sixth Circuit to stay all discovery efforts. Further, Hodak requests that the Court approve the Bond and that Defendants be required to rescind any attempts to collect on the

judgment, included but not limited to, all garnishments.

>Respectfully Submitted,
>
>WALTHER, ROARK & GAY, PLC
>
>/s/ Erica L. Keenan
>Robert L. Roark, Esq.
>Erica L. Keenan, Esq.
>W. Scott Hunt, Esq.
>163 East Main Street, Suite 200
>P.O. Box 1598
>Lexington, Kentucky  40588-1598
>(859) 225-4714
> COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that on April 1, 2009, I electronically filed the foregoing using this Court's CM/ECF system, which will send a notice of electronic filing to Sadhna True, Susan Sears and Alec Moeser, Counsel for Defendants.

>/s/ Erica L. Keenan
>COUNSEL FOR PLAINTIFF