```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION at LEXINGTON
```

KEN HODAK,                              )
                                        )
    Plaintiff,                          )   Civil Action No. 5:07-5-JMH
                                        )
v.                                      )
                                        )
MADISON CAPITAL MANAGEMENT,             )
LLC, et al.,                            )           **ORDER**
                                        )
    Defendants.                         )
                                        )

        **      **      **      **      **

Plaintiff Ken Hodak has filed a Motion for Stay of Proceedings to Enforce Judgment, Motion to Approve Supersedeas Bond, and Motion for Protective Order [Record No. 195].

Fed. R. Civ. P. 62(d) provides that the a stay on appeal is effective when the Court approves the bond. LR 65.1.1(a)(1) provides that the Clerk may accept, as a surety on a bond, a surety company approved by the United States Department of Treasury. The Ohio Casualty Insurance Group, surety on the Supersedeas Bond attached as Exhibit 1 to Plaintiff's motion, has been approved by the United States Department of Treasury. *See* http://www.fms.treas.gov/c570/c570_a-z.html#o (last viewed April 2, 2009). Thus, the proposed Supersedeas Bond meets the requirements of LR 65.1.1 and appears otherwise sufficient to this Court.

Accordingly, **IT IS ORDERED**:

(1) that Motion for Stay of Proceedings to Enforce Judgment, Motion to Approve Supersedeas Bond, and Motion for Protective Order

[Record No. 195] shall be, and the same hereby are, **GRANTED**;

(2) that all discovery proceedings for enforcement of the judgment shall be, and the same hereby are, **STAYED**;

(3) that Defendants shall **RESCIND** their attempts to collect on the judgment, including but not limited to all garnishments;

(4) that the Motion to Compel and Motion for Sanctions filed by UAR GP Services, LLC [Record No. 181] shall be, and the same hereby is, **DENIED WITHOUT PREJUDICE.**

This the 2nd day of April, 2009.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge