# EXHIBIT 5

The time entries on this Exhibit include work on the breach of contract claim and other unrelated claims, and Plaintiff failed to apportion the time. Because Hodak's attorneys used "block billing," including work on different tasks in a single time entry, many of the entries appear on multiple Exhibits since Defendant may have more than one objection to each entry.

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/24/07 | DMC | Begin drafting responses to UAR GP Services' First Set of Interrogatories, Requests for Production and Requests for Admission | 0.80 | 52.00 |
| 12/20/07 | RLR | Meeting with client; reviewing documents, preparing for his deposition | 3.00 | 825.00 |
| 12/21/07 | RLR | Attend/defend Ken Hodak's deposition | 9.00 | 2,475.00 |
| 12/21/07 | EKM | Attend Ken Hodak's deposition | 9.00 | 1,485.00 |
| 1/8/08 | RLR | Attend telephonic hearing with Magistrate Judge Todd re: motions filed by defendants on discovery issues | 0.50 | 145.00 |
| 1/16/08 | RLR | Attend/defend the second day of client's deposition in Charleston; attend deposition of Ken Woodring, return travel to Lexington | 12.00 | 3,480.00 |
| 1/17/08 | EKM | Confer with RLR re: discovery issues and continuance; reviewed e-mail correspondence from RLR; began drafting Motion for Continuance | 1.00 | 175.00 |
| 1/18/08 | RLR | Draft/revise motion for extension and file with the court | 0.80 | 232.00 |
| 1/18/08 | RLR | Review files in preparation for taking the deposition of Chauncey Curtz; organize/review documents to use at deposition | 4.00 | 1,160.00 |
| 1/18/08 | EKM | Drafted Motion for Continuance; confer with RLR; revisions thereto; prepared exhibits; confer with KH and SH re: filing of same | 2.00 | 350.00 |
| 1/22/08 | RLR | Prepare for and take the deposition of Chauncey Curtz | 6.50 | 1,885.00 |
| 1/29/08 | EKM | Reviewed Response to Plaintiff's Motion for Continuance; reviewed documents attached thereto; confer with RLR re: same | 1.00 | 175.00 |
| 1/30/08 | RLR | Receive/review court order granting motion for extension | 0.40 | 116.00 |
| 2/2/08 | RLR | Receive/brief review of etranscript of deposition of Hodak | 0.70 | 203.00 |
| 2/2/08 | RLR | Receive/review etranscript of deposition of C. Curtz | 1.30 | 377.00 |
| 2/4/08 | RLR | Further review of Hodak and Curtz depositions; exchange email corres. with counsel for defendants re: change in schedule for depositions | 2.00 | 580.00 |
| 2/13/08 | RLR | Begin reviewing transcripts and other documents in preparation for the deposition of Bryan Gordon | 4.00 | 1,160.00 |
| 2/18/08 | RLR | Reviewing files and having copies made of | 5.50 | 1,595.00 |


EXHIBIT 5

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | documents for use in Gordon deposition; exchange email corres. with counsel for defendants re: issues related to Gordon deposition | | |
| 2/20/08 | DMC | Continue deposition summary of Ken Hodak | 2.70 | 202.50 |
| 2/20/08 | KH | Began deposition summary of Chauncey Curtz | 1.20 | 90.00 |
| 2/20/08 | RLR | Review files; travel to New York; further review of documents in preparation for taking Bryan Gordon's deposition | 10.00 | 2,900.00 |
| 2/21/08 | RLR | Take the deposition of Bryan Gordon; return travel to Lexington from New York | 14.00 | 4,060.00 |
| 2/21/08 | KH | Continued deposition summary of Chauncey Curtz; Phone call to C. Kite re: travel to Knoxville | 2.20 | 165.00 |
| 2/22/08 | DMC | Continue deposition summary of Ken Hodak | 2.00 | 150.00 |
| 2/25/08 | DMC | Continue deposition summary of Ken Hodak | 0.90 | 67.50 |
| 2/26/08 | DMC | Continue deposition summary of Ken Hodak | 1.10 | 82.50 |
| 2/27/08 | DMC | Continue deposition summary of Ken Hodak | 0.70 | 52.50 |
| 2/28/08 | DMC | Conclude deposition summary of Ken Hodak – Volume 1 | 1.40 | 105.00 |
| 3/5/08 | KH | Began summarizing volume 2 of Hodak deposition | 0.80 | 60.00 |
| 3/11/08 | RLR | Reviewing C. Curtz depo, to prepare for Baum deposition and for filing motion to compel | 3.00 | 870.00 |
| 3/11/08 | SB | Conference with RLR re: Motion to Alter or Amend order limiting discovery and general overview of case (.4); reviewing deposition transcript of Bryan Gordon (.5); reviewing docket report and order limiting discovery (.3); drafting motion to alter or amend (.5) | 1.70 | 297.50 |
| 3/12/08 | RLR | Complete review of C. Curtz depo; begin reviewing Bryan Gordon depo. | 4.50 | 1,305.00 |
| 3/13/08 | DMC | Begin deposition summary of Bryan Gordon | 0.60 | 45.00 |
| 3/17/08 | DMC | Continue deposition summary Bryan Gordon | 0.90 | 67.50 |
| 3/18/08 | RLR | Begin review of documents to prepare for deposition of J. Baum | 3.00 | 870.00 |
| 3/18/08 | DMC | Conclude deposition summary of Bryan Gordon | 3.60 | 270.00 |
| 3/19/08 | RLR | Reviewing files, documents in preparation for taking J. Baum's deposition | 5.00 | 1,450.00 |
| 3/19/08 | SB | Continued drafting memo in support of motion for SJ (.5) | 0.50 | 87.50 |
| 3/20/08 | RLR | Take the deposition of J. Baum in New York | 4.00 | 1,160.00 |
| 3/27/08 | EKM | Reviewed e-mail correspondence from Sadhna True and documents attached thereto; confer with KH re: deposition transcripts; reviewed deposition transcripts; reviewed deposition transcripts of Jonathan Baum and Chauncey Curtz; prepared attorney notes re: same; drafted e-mail correspondence to Ken Hodak; reviewed Motion to Alter, Amend of Vacate Order | 4.20 | 735.00 |
| 3/31/08 | DMC | Prepare deposition summary of Jonathan Baum | 2.50 | 187.50 |
| 4/9/08 | DMC | Continue deposition summary of Ken Hodak – Vol. II | 1.00 | 75.00 |

2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 4/10/08 | DMC | Continue deposition summary of Ken Hodak, Volume II | 1.50 | 112.50 |
| 4/18/08 | DMC | Conclude deposition summary of Ken Hodak Volume II | 0.90 | 67.50 |
| 4/19/08 | RLR | Reviewing files in preparing for Sam Johnson deposition | 2.00 | 580.00 |
| 4/20/08 | RLR | Further review of files in preparing to take the deposition of Sam Johnson | 4.00 | 1,160.00 |
| 5/5/08 | RLR | Reviewing files in preparation for taking S. Johnson's deposition | 3.00 | 870.00 |
| 5/6/08 | RLR | Review files; take Sam Johnson's depositon | 5.50 | 1,595.00 |
| 5/30/08 | RLR | Review transcript of depo. of Sam Johnson | 0.70 | 203.00 |
| 6/20/08 | DMC | Begin deposition summary of Sam Johnson | 0.50 | 37.50 |
| 6/23/08 | DMC | Continue deposition summary of Sam Johnson | 2.50 | 187.50 |
| 6/25/08 | DMC | Continue deposition summary of Sam Johnson | 2.90 | 217.50 |
| 6/26/08 | DMC | Conclude deposition summary of Sam Johnson | 0.40 | 30.00 |
| 7/7/08 | EKM | Reviewed e-mail correspondence from Ken Hodak; reviewed errata sheet from Sam Johnson's deposition | 0.30 | 52.50 |
| 7/10/08 | RLR | Revisions to motion/memorandum for summary judgement | 1.50 | 435.00 |
| 7/10/08 | EKM | Drafting of Motion for Summary Judgment and Memo in Support; reviewed pleadings, Employment Agreement and deposition testimony; outline of same; revisions to same; confer with SH and JSW; completed draft; prepared exhibits to attach thereto; drafted Order | 7.20 | 1,260.00 |
| 7/10/08 | EKM | Revisions to Motion for Summary Judgment | 0.40 | 70.00 |
| 7/10/08 | SH | Conference with ELK and JSW re: strategy for MSJ and research re: same | 1.00 | 165.00 |
| 7/11/08 | JSW | Review Motions; office conference with ELK | 1.20 | 348.00 |
| 7/11/08 | EKM | Revisions to Motion/Memo for Summary Judgment; confer with DC re: exhibits; revisions to Order; confer with JSW; confer with SH re: filing of same | 3.00 | 525.00 |
| 7/11/08 | SH | Revised portions of Motion for Summary Judgment and Reply to Response to Motion to Reconsider; Electronically filed same | 0.40 | 66.00 |
| 7/13/08 | EKM | Began review of Motion for Summary Judgment; reviewed multiple e-mails from Ken Hodak and documents attached thereto | 1.80 | 315.00 |
| 7/14/08 | EKM | Confer with RLR; reviewed e-mail correspondence from Ken Hodak; reviewed and printed exhibits to Defendants' Motion for Summary Judgment; began outline of Defendants' SMJ | 2.00 | 350.00 |
| 7/21/08 | EKM | Reviewed correspondence from Ken Hodak and attachments thereto; confer with RLR and SH; reviewed Motion to Reopen and Continue Discovery; reviewed SMJ Motions; confer with RLR | 2.90 | 507.50 |
| 7/28/08 | EKM | Reviewed MSJ Motions; outline of same; confer with SH; reviewed deposition testimony; drafting of Response | 5.30 | 927.50 |

3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/28/08 | SH | Reviewed Order Denying Motion for Continuance, Extension of Deadlines, and to Reopen Discovery, Conferences with RLR and ELK re: same; Reviewing MSJs for UAR entities and Madison; Research re: responding to MSJs | 2.50 | 412.50 |
| 7/29/08 | EKM | Drafting of Responses to Motions for Summary Judgment; reviewed pleadings and deposition testimony; confer with SH and RLR; instruct KH re: copying and preparation of exhibits; prepared Orders; revisions to Responses; preparation for filing of same | 15.20 | 2,660.00 |
| 7/29/08 | SH | Research and drafting responses to Motions for Summary Judgment filed by UAR and Madison; Conference with RLR re: same; Revised and filed same | 11.90 | 1,963.50 |
| 7/30/08 | EKM | Confer with RLR re: Motions in Limine; began review and outline of Response to Motion for Summary Judgment | 1.00 | 175.00 |
| 8/9/08 | EKM | Drafted e-mail correspondence to Ken Hodak; researched case law cited in Defendants' Response to Hodak's Motion for Summary Judgment; outline of same; drafting of Reply Brief | 4.80 | 840.00 |
| 8/10/08 | EKM | Continued drafting Reply; revisions thereto | 4.60 | 805.00 |
| 8/11/08 | EKM | Reviewed Ken Hodak's e-mail correspondence; confer with RLR re: various issues; completed draft of Reply; revisions thereto; to RLR for review; organization of exhibits | 4.30 | 752.50 |
| 8/12/08 | EKM | Drafting of Settlement Conference Statement; confer with RLR re: same | 3.50 | 612.50 |
| 8/13/08 | EKM | Telephone conferences with Ken Hodak; drafted e-mail to RLR re: same; reviewed Defendants' Reply Briefs | 2.20 | 385.00 |
| 8/26/08 | EKM | Reviewed Defendants Motion for Entry of Judgment; confer with RLR; reviewed Federal Rules of Civil Procedure; began drafting Response to same; reviewed Order and Judgment rendered by Judge Hood; confer with RLR; drafted Plaintiff's Motion to Hold Order and Judgment in Abeyance; drafted Proposed Order; revisions thereto; submitted on-line filing; reviewed e-mail documents from Ken Hodak; reviewed documents filed in Tennessee matter; drafted Motion for Admission Pro Hac Vice and prepared Affidavits of Robert Roark and Erica Keenan | 4.80 | 840.00 |
| 9/10/08 | EKM | Reviewed Motion for Summary Judgment and attachments thereto; reviewed various documents produced from Ken Hodak; confer with BAB; researched case law on Westlaw; confer with RLR | 3.30 | 577.50 |
| 9/10/08 | EKM | Reviewed Sixth Circuit Court of Appeals website; rules, etc. re: Notice of Appeal and various issues | 0.30 | 52.50 |
| 9/11/08 | EKM | Telephone conference with Ken Hodak; drafted | 1.70 | 297.50 |

4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | Notice of Appeal; reviewed e-mail correspondence from Ken Hodak and attachments thereto | | |
| 9/22/08 | RLR | Revise notice of appeal, confer with ELK | 0.50 | 145.00 |
| 9/22/08 | EKM | Confer with RLR; revisions to Notice of Appeal; filing of same; drafted e-mail correspondence to Ken Hodak and Tom Hale | 0.50 | 87.50 |
| 9/26/08 | RLR | Receive/review UAR's motion for attorneys fees and supporting documents; confer with ELK and with client | 2.50 | 725.00 |
| 9/26/08 | RLR | Receive/review motion to seal attorneys fees request form | 0.80 | 232.00 |
| 9/30/08 | EKM | Researched Rules of Civil Procedure; researched case law on Westlaw; review of same; confer with RLR; revisions to Response to Motion for Attorneys' Fees and Related Costs; draft to RLR for review; reviewed e-mail correspondence from Tom Hale and Chuck Young; reviewed Supplemental Brief attached thereto; began drafting Order | 4.80 | 840.00 |
| 10/7/08 | EKM | Reviewed Sixth Circuit documents submitted by Appellee; prepared Appellant's Appearance of Counsel; Civil Appeal Statement of Parties & Issues, Designation of Record on Appeal and Disclosure of Corporate Affiliations; confer with RLR re: Response to TN motions | 1.50 | 262.50 |
| 10/8/08 | EKM | Reviewed documents filed by Appellee; drafted Appearance of Counsel forms, Civil Appeal Statement of Parties and Issues; Designation of Record on Appeal and Disclosure of Corporate Affiliations; filing of same; telephone conference with Sixth Circuit Court of Appeals Clerk; confer with RLR | 2.50 | 437.50 |
| 10/14/08 | EKM | Reviewed Reply in Response to Motion for Leave; Reply in Response to Motion for Attorneys' Fees; reviewed e-mail drafted email correspondence to RLR | 2.80 | 490.00 |
| 10/21/08 | EKM | Reviewed Appellee's Designation of Record | 0.30 | 52.50 |
| 10/21/08 | EKM | Reviewed correspondence from Sixth Circuit; reviewed website and download form; prepared Mediation Background Information form; instruct Kate re: filing of same | 0.50 | 87.50 |
| 10/22/08 | EKM | Reviewed Motion for Summary Judgment and Motions to Dismiss; reviewed e-mail correspondence | 1.30 | 227.50 |
| 10/27/08 | RLR | Tele. confer. with client re: attorneys fees sought by defendants | 1.00 | 290.00 |
| 10/27/08 | EKM | Reviewed correspondence from the Sixth Circuit Court of Appeals; downloading of docket and forms, reviewed Rules of Civil Procedure; calendar deadlines | 0.50 | 87.50 |
| 10/30/08 | EKM | Reviewed Record on Appeal; reviewed pleadings; began drafting Appellant's Brief | 3.70 | 647.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/31/08 | RLR | Received and review memorandum opinion granting attorneys fees against Hodak; dismiss UAR's counterclaims without prejudice and related matters; review files for appeal and reconsider; confer with co-counsel on strategy for same | 2.50 | 725.00 |
| 10/31/08 | EKM | Reviewed Record on Appeal; outline of arguments for Appellant's Brief; drafting of same | 2.30 | 402.50 |
| 11/3/08 | RLR | Tele. confer. with client re: court's opinions and rulings and motions to alter or amend same and our motion for attorneys fees; confer with client and ELK re: motions and telephone mediation with Sixth Circuit | 1.00 | 290.00 |
| 11/3/08 | RLR | Tele. conferr. with sixth circuit mediator and opposing counsel; confer with ELK following same | 2.50 | 725.00 |
| 11/3/08 | RLR | Tele. confer. with client re: mediation and related matters | 0.50 | 145.00 |
| 11/3/08 | EKM | Telephonice mediation conference with Sixth Circuit Court of Appeals | 2.30 | 402.50 |
| 11/4/08 | RLR | Confer with client re: motion to alter or amend order awarding fees and order dismissing without prejudice and related issues | 0.70 | 203.00 |
| 11/6/08 | EKM | Reviewed pleadings; revisions to Motion to Alter or Amend Order Granting Attorneys' Fees; drafting of Motion to Alter or Amend Order Dismissing Counterclaims Without Prejudice | 4.30 | 752.50 |
| 11/7/08 | RLR | Reviewing orders and pleadings related to attorneys fees and counterclaims for citation in motion to alter or amend and motion for attorneys fees; confer with ELK | 2.00 | 580.00 |
| 11/7/08 | RLR | Receive/review UAR's emailed discovery and depo. notice, related to execution on judgment; and forward same to client | 0.80 | 232.00 |
| 11/9/08 | EKM | Reviewed e-mail correspondence from Sadhna True; reviewed letter, written discovery requests and notice of deposition; revisions to Motion to Alter or Amend Judgment relating to attorneys fees; researched case law on Westlaw; completed draft of Motions to Alter or Amend Judgment relating to dismissal without prejudice; revisions to Motion for Attorneys' Fees and Related Costs; to RLR for review | 4.50 | 787.50 |
| 11/10/08 | RLR | Reviewing/revising/editing motions to alter, amend or vacate re: orders awarding fees and dismissing counterclaims without prejudice and confer with client re: same | 2.50 | 725.00 |
| 11/12/08 | SB | Conference with RLR re: strategy and injunction of execution pending appeal (.3); legal research re: same and bond required for injunction (.5) | 0.80 | 140.00 |
| 11/13/08 | RLR | Revising/editing motion for attorneys fees and expenses; reviewing authorities on same; review law re: stay of execution or enforcement of jjudgment | 2.50 | 725.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/14/08 | EKM | Confer with RLR; reviewed research and case law; reviewed Federal Rules of Civil Procedure; drafting of Motion for Stay of Proceedings to Enforce Judgment; confer with RLR re: Motion for Attorneys' Fees; confer with MT re: client bills; drafting of Orders; filing of pleadings, etc. | 4.50 | 787.50 |
| 11/24/08 | EKM | Reviewed Response to Motion to Alter or Amend Judgment Awarding Attorneys' Fees; outline of same; reviewed pleadings; reviewed Federal Rule of Civil Procedure; began drafting Reply to same | 2.10 | 367.50 |
| 11/25/08 | EKM | Drafting of Reply to Response to Motion to Alter or Amend Judgment relating to Attorneys' Fees | 0.60 | 105.00 |
| 12/8/08 | KH | Revisions to Motion for Protective Order | 0.60 | 45.00 |
| 12/8/08 | EKM | Completed draft of Reply to Response to Motion to Alter or Amend Judgment granting Defendants' Motion for Attorneys' Fees; reviewed and revised Motion for Protective Order; drafted Order; filing of same; reviewed and outlined Response to Motion to Alter or Amend Order Dismissing Counterclaims Without Prejudice; began drafting Reply thereto | 3.30 | 577.50 |
| 12/10/08 | EKM | Completed draft of Reply to Motion to Alter or Amend Judgment Dismissing Counterclaims Without Prejudice; to RLR for review; research case law on Westlaw; reviewed Response to Motion for Protective Order; confer with RLR | 2.10 | 367.50 |
| 12/12/08 | EKM | Reviewed Memorandum Opinion and Order | 0.40 | 70.00 |
| 12/15/08 | EKM | Drafting of Reply to Response to Motion for Stay of Proceedings; confer with RLR; revisions to Reply to Response to Motion for Attorneys' Fees; reviewed Rules of Civil Procedure; reviewed case law on Westlaw | 3.90 | 682.50 |
| 12/16/08 | EKM | Began drafting Reply to Response to Motion for Protective Order | 0.80 | 140.00 |
| 12/18/08 | EKM | Researched Federal Rules of Civil Procedure; researched case law; reviewed and outlined Response; reviewed case law; drafted Reply to Response to Motion for Protective Order; to RLR for review; confer with RLR re: various legal issues | 3.10 | 542.50 |
| 12/23/08 | EKM | Reviewed Memorandum Opinion and Orders; confer with RLR; drafting of Notice of Appeal; filing of same | 1.30 | 227.50 |
| 12/30/08 | KH | Revisions to Motion to Extend Briefing Schedule and Motion to Consolidate Appeals; Drafted Affidavit and revisions to same; Confer w/SH re: filing of same | 3.20 | 240.00 |
| 12/30/08 | SH | Research re: consolidating appeals; Conference with RLR re: findings | 1.20 | 198.00 |
| 1/5/09 | EKM | Reviewed Sixth Circuit Court of Appeals docketing letter; calendar deadlines; reviewed Motion to Extend Briefing Schedule and Motion to Consolidate Appeals; confer with RLR re: same | 1.50 | 277.50 |

7

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/6/09 | RLR | Revise/edit motion for extension to file in 6th circuit; confer with ELK and client re: bond and garnishment issues | 1.50 | 450.00 |
| 1/6/09 | EKM | Drafted Appearance of Counsel for RLR and ELK; Civil Appeal Statement of Parties and Issues and Disclosure of Corporate Affiliations; filing same | 1.00 | 185.00 |
| 1/7/09 | EKM | Reviewed Response to Motion to Reconsider; and Sixth Circuit Court filings | 1.00 | 185.00 |
| 1/8/09 | RLR | Tele. confer. call with Magis. Judge todd re: discovery on collection issues | 0.50 | 150.00 |
| 1/8/09 | EKM | Reviewed Response to Motion to Consolidate and Motion to Extend Briefing Schedule; reviewed Federal Rules of Civil Procedure; calendar deadlines | 1.00 | 185.00 |
| 1/9/09 | EKM | Reviewed e-mail correspondence from Ken Hodak; confer RLR; reviewed and outlined Response to Motion to Consolidate Appeals and to Extend Briefing Schedule | 1.00 | 185.00 |
| 1/10/09 | EKM | Reviewed Response to Motion to Consolidate Appeals and Motion to Extend Briefing Schedule; drafted Reply to same; revisions thereto | 4.60 | 851.00 |
| 1/11/09 | EKM | Reviewed/revised Reply to Motion to Consolidate Appeals and Motion to Extend Briefing Schedule | 0.80 | 148.00 |
| 1/13/09 | JLG | Reviewing file re: additional issues on stay of execution | 0.30 | 90.00 |
| 1/13/09 | EKM | Filing of Reply to Response to Motion to Consolidate Appeals and Motion to Extend Briefing Schedule | 0.30 | 55.50 |
| 1/16/09 | KH | Drafted responses to requests for production | 1.80 | 180.00 |
| 1/19/09 | EKM | Reviewed documents produced by Hodak; reviewed formal document request; confer with RLR; instruct KH; confer with RLR re: supersedeous bonds, irrevocable letters of credit, etc. | 2.00 | 370.00 |
| 1/20/09 | RLR | confer with client and ELK; receicve/review financial documents from client; further confer with ELK | 1.50 | 450.00 |
| 1/20/09 | KH | Prepared documents responsive to requests for production | 1.20 | 120.00 |
| 1/20/09 | EKM | Confer with RLR; reviewed discovery responses; revisions thereto; reviewed discovery docs; telephone conference with Shannon at BB&T bank; telephone call to Ken Hodak | 2.00 | 370.00 |
| 1/20/09 | EKM | Reviewed Rules of Civil Procedure; began drafting Motion for Stay and Approval of Irrevocable Letter of Credit; e-mail correspondence to and from Ken Hodak | 1.00 | 185.00 |
| 1/21/09 | EKM | Telephone conferences with Mark Armstrong from U.S. District Court; telephone conferences with Shannon at BB&T; reviewed Rules of Civil Procedure; e-mail correspondence to and from Mark Armstrong and Shannon; reviewed e-mail from BB&T; proposed letter of credit; telephone conference with Ken Hodak | 3.00 | 555.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/21/09 | EKM | Reviewed Rules of Civil Procedure; reviewed U.S. District Court's website; drafted Motion for Stay of Proceedings to Enforce Judgment and Approval of the Irrevocable Letter of Credit; revisions thereto | 1.50 | 227.50 |
| 1/22/09 | EKM | Confer with RLR re: case; completed draft and revisions to Motion for Stay and Motion for Approval of ILOC; drafted 2 Orders; telephone conferences with Ken Hodak; prepared Verification page to discovery responses; drafted correspondence to Sadhna True; confer with JLG re: ILOC; drafted correspondence to Ken Hodak | 3.20 | 592.00 |
| 1/22/09 | EKM | Confer with RLR re: letter of credit; telephone conference with Shannon at BB&T | 0.40 | 74.00 |
| 1/23/09 | EKM | Drafted e-mail correspondence to Shannon Lloyd at BB&T; reviewed response from Ms. Lloyd; drafted ILOC language; confer with RLR re: same; reviewed e-mail correspondence from RLR to Shannon Lloyd | 0.50 | 92.50 |
| 1/26/09 | EKM | Telephone conference with Jason Messick at Harvest Financial; drafted e-mail correspondence to RLR re: same | 0.40 | 74.00 |
| 1/26/09 | EKM | Reviewed e-mail correspondence from Shannon Lloyd; drafted response to same; to KH; reviewed correspondence to send to KH | 0.50 | 92.50 |
| 1/29/09 | EKM | Confer with RLR re: ILOC language; telephone call to BB&T; telephone conference with Tina at BB&T; telephone conference with Ken Hodak; drafted e-mail correspondence to BB&T; receive/review message from Anna Pray; returned same | 1.00 | 185.00 |
| 1/29/09 | EKM | Reviewed Order from U.S. District Court; researched case law of Westlaw; began drafting Memo re: Exempt Assests | 1.50 | 277.50 |
| 1/30/09 | EKM | Reviewed garnishments filed by Defendants, Orders and Answers of Garnishees; continued research and drafting of Memorandum Regarding Exempt Assets; to JSW for review; revisions to same; prepared exhibits and filing of same with U.S. District Court | 3.00 | 555.00 |
| 1/30/09 | EKM | Telephone conference with Anna Prey re: ILOC; reviewed ILOC; revisions to same in response to Anna Prey e-mail | 0.50 | 92.50 |
| 2/3/09 | EKM | Telephone conference with Ken Hodak; telephone call to Tina at BB&T; drafted and responded to various e-mail correspondence; confer with RLR re: Letter of Credit and various issues; reviewed Letter of Credit | 1.40 | 259.00 |
| 2/5/09 | EKM | Reviewed Sixth Circuit Orders; telephone call to Sixth Circuit Case Manager; reviewed Answer of Garnishee Trinity Coal; reviewed Motion for Stay of Proceedings to Enforce Judgment and Motion for Approval of Irrevocable Letter of Credit; confer with RLR re: same; confer with SH re: research; reviewed | 2.10 | 388.50 |

9

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | research; reviewed e-mail correspondence from Ken Hodak; reviewed Irrevocable Letter of Credit; e-mail correspondence to and from BB&T | | |
| 2/5/09 | SH | Research re: surety on bond for stay of execution | 0.60 | 99.00 |
| 2/6/09 | KH | Prepared Exhibit to Motion for Stay | 0.20 | 20.00 |
| 2/6/09 | EKM | Reviewed Order from Sixth Circuit; telephone conference with Case Manager Mary Patterson; reviewed Rules of Civil Procedure; calendar deadlines; revisions to Motion for Stay of Proceedings and Motion for Approval of Irrevocable Letter of Credit; reviewed case law; revisions to Orders; prepared exhibits; filing of same with U.S. District Court; telephone conference with Ken Hodak | 2.10 | 388.50 |
| 2/9/09 | EKM | Reviewed correspondence from Sadhna True and deposition notices; confer with RLR re: drafting Motion for Protective Order; drafting of same | 1.00 | 185.00 |
| 2/9/09 | EKM | Drafting of Appellant's Brief; reviewed prior pleadings; etc. | 3.20 | 592.00 |
| 2/10/09 | RLR | Revise/edit appeal brief; confer with ELK; further edit same | 2.20 | 660.00 |
| 2/10/09 | EKM | Revisions to Motion for Protective Order; drafted Order; filing of same; confer with RLR | 1.00 | 185.00 |
| 2/10/09 | EKM | Drafting of Appellant's Brief; reviewed U.S. District Court record, etc. | 4.80 | 888.00 |
| 2/11/09 | RLR | Revising/editing sixth circuit brief; confer with ELK on motion to supplement record | 3.50 | 1,050.00 |
| 2/11/09 | RLR | Reviewed pleadings; drafting of Appellant's Brief | 3.20 | 592.00 |
| 2/12/09 | EKM | Research case law on Westlaw; continue drafting of Appellant's Brief | 3.50 | 647.50 |
| 2/15/09 | EKM | Reviewed UAR's Motion to Compel Responses to Post-Judgment Discovery, Motion for Sanctions and Response to Plaintiff's Motion for Protective Order; reviewed UAR's Response to Plaintiff's Memorandum Regarding Exempt Assets; drafted e-mail correspondence to RLR re: same | 1.00 | 185.00 |
| 2/15/09 | EKM | Drafting of Appellant's Brief; reviewed research | 3.80 | 703.00 |
| 2/16/09 | EKM | Drafting of Appellant's Brief | 3.90 | 721.50 |
| 2/17/09 | EKM | Continue drafting Appellant's Brief | 4.50 | 832.50 |
| 2/18/09 | EKM | Continue drafting Appellant's Brief | 1.20 | 222.00 |
| 2/19/09 | EKM | Additional conferences with RLR re: status of case; etc; reviewed Response to Motion for Stay and Response to Motion for Approval of Irrevocable Letter of Credit; reviewed attachments thereto | 1.00 | 185.00 |
| 2/19/09 | EKM | Continue drafting Appellant's Brief; and additional matters related to Brief; confer with RLR re: Motion to Supplement/Correct Record | 4.30 | 795.50 |
| 2/20/09 | EKM | Continue drafting Appellant's Brief; confer with RLR re: various issues, including Motion to Recuse, etc. | 3.60 | 666.00 |
| 2/21/09 | EKM | Drafting of Appellant's Brief | 4.60 | 851.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 2/22/09 | EKM | Continue drafting Appellant's Brief; reviewed/revised Plaintiff's Response to Defendant UAR's Motions to Compel and for Sanctions and Reply to UAR's Response to Plaintiff's Motion for Protective Order; review/revised Orders and Affidavits; confer with RLR | 7.20 | 1,332.00 |
| 2/23/09 | EKM | Revisions to Reply to Response to Motion to Approve ILOC; confer with RLR; filing of same | 0.80 | 148.00 |
| 2/23/09 | EKM | Reviewed/revised Appellant's Brief; draft to RLR for review | 5.80 | 1,073.00 |
| 2/24/09 | RLR | Revise/edit brief for sixth circuit | 3.00 | 900.00 |
| 2/24/09 | EKM | Revisions to Appellant's Brief; drafted e-mail correspondence to Ken Hodak; drafting of Motion to Supplement and/or Correct Record; drafting of Appellant's Intro to Brief | 6.80 | 1,258.00 |
| 2/25/09 | EKM | Revisions to Motion to Supplement and/or Correct the Record; filing of same; revisions to Appellant's Brief; confer with RLR; filing of same | 4.30 | 795.50 |
| 3/30/09 | EKM | Reviewed Appellee's Brief | 1.40 | 259.00 |
| 3/31/09 | EKM | Reviewed Appellee's Brief; outline of same; reviewed Appellant's Brief; reviewed Federal Rules of Civil Procedure; began drafting Reply Brief | 4.20 | 777.00 |
| 4/1/09 | EKM | Reviewed Appellee's Brief; outline arguments; reviewed deposition testimony; etc. | 2.70 | 499.50 |
| 4/2/09 | EKM | Correspondence to and from Ken Hodak re: Reply Brief; reviewed Hodak's comments to Appellee's Brief; confer with RLR | 0.40 | 74.00 |
| 4/2/09 | EKM | Continue review of Appellee's Brief; outline of same; reviewed deposition testimony; reviewed record; drafting of Reply Brief | 5.20 | 962.00 |
| 4/3/09 | EKM | Continue drafting Appellant's Reply Brief | 3.20 | 592.00 |
| 4/5/09 | EKM | Drafting of Appellant's Reply Brief; reviewed case law and deposition testimony; reviewed prior pleadings and record on appeal, etc. | 5.40 | 999.00 |
| 4/6/09 | EKM | Continue drafting Reply Brief; reviewed prior pleadings; case law; etc. | 4.20 | 777.00 |
| 4/7/09 | EKM | Continue drafting Reply Brief; revisions to same; reviewed pleadings; researched case law on Westlaw | 7.90 | 1,461.50 |
| 4/8/09 | RLR | Review/revise Reply brief, confer with ELK | 0.70 | 210.00 |
| 4/8/09 | EKM | Researched case law on Westlaw; reviewed pleadings; continued draft of Reply Brief; revisions thereto | 7.70 | 1,424.50 |
| 4/8/09 | EKM | Revisions to Reply Brief | 1.50 | 277.50 |
| 4/9/09 | EKM | Revisions to Reply Brief; draft to RLR; revisions to same; drafting of Reply Brief Cover; Table of Contents, Points of Authorities, etc. | 8.30 | 1,535.50 |
| 4/10/09 | RLR | Final review of reply brief | 0.70 | 210.00 |
| 4/10/09 | EKM | Revisions to Appellant's Reply Brief; filing of same; drafted e-mail correspondence to Ken Hodak | 4.80 | 888.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/15/09 | EKM | Telephone conferences with Julie at Sixth Circuit Court of Appeals | 0.40 | 74.00 |
| 5/27/09 | EKM | Reviewed Notice of Oral Argument and calendar deadlines | 0.40 | 74.00 |
| 6/09/09 | RLR | Prepare oral argument acknowledgment electronic form for 6th circuit | 0.30 | 90.00 |
| 6/9/09 | KH | Draft and file Oral Acknowledgment | 0.50 | 50.00 |
| 6/9/09 | EKM | Reviewed pleading filed in Sixth Circuit | 0.20 | 37.00 |
| 6/15/09 | EKM | Reviewed correspondence from Sixth Circuit Court of Appeals; reviewed Order; reviewed filing notice from District Court; reviewed pleadings; confer with RLR re: same | 1.00 | 185.00 |
| 7/28/09 | RLR | Reviewing files; preparing for oral argument at 6th circuit; confer with client; further prepare for oral argument | 5.00 | 1,500.00 |
| 7/28/09 | EKM | Reviewed pleadings for Sixth Circuit Court of Appeals hearing | 2.80 | 518.00 |
| 7/29/09 | RLR | Reviewing outlines, cases, briefs; travel with ELK to 6th Cir.; attend/argue hearing; brief conference with client; return travel with ELK | 7.00 | 2,100.00 |
| 7/29/09 | EKM | Travel to and from Sixth Circuit Court of Appeals; attend hearing | 5.80 | 1,073.00 |
| 9/10/09 | EKM | Reviewed Sixth Circuit Court of Appeals opinion; confer with RLR; SH and BAB re: same | 2.50 | 462.50 |
| 9/23/09 | KH | Email to K. Hodak re: affidavit | 0.20 | 17.00 |
| 9/29/09 | KH | Prepare pleadings and exhibits for filing | 0.70 | 70.00 |
| 9/29/09 | SH | Reviewed Petition for Panel Rehearing filed by defendant appellees; Reviewed Federal Rules of Appellate Procedure re: same | 0.20 | 33.00 |
| 9/30/09 | EKM | Reviewed Appellee's Petition for Reconsideration; reviewed various pleadings filed by parties; drafted e-mail correspondence to RLR | 1.00 | 185.00 |
| 10/9/09 | SH | Reviewed Response to Motion to Disgorge Funds and Release Bond | 0.30 | 49.50 |
| 10/16/09 | SH | Research re: Reply to Response to Motion to Disgorge | 0.30 | 49.50 |
| 10/18/09 | SH | Reviewed Response to Motion for Disgorgement; Research in preparation for drafting Reply to same | 0.40 | 66.00 |
| 10/19/09 | SH | Research re: issuance of mandate by 6th Circuit; Research re: time to file petition for rehearing; Phone conference with Clerk of 6th Circuit re: UAR's Petition not timely filed; Drafted and revised Reply to Response to Motion to Disgorge | 2.50 | 412.50 |
| 10/20/09 | SH | Revised Reply to Response to Motion to Disgorge; Electronically filed same | 0.20 | 33.00 |
| 10/21/09 | EKM | Reviewed Reply | 0.40 | 74.00 |
| 10/22/09 | SH | Reviewed Order re: Motion to Disgorge | 0.10 | 16.50 |
| 10/27/09 | EKM | Reviewed Order from District Court | 0.30 | 55.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/30/09 | EKM | Reviewed Order and correspondence from Sixth Circuit; reviewed e-mail correspondence from RLR and Ken Hodak | 0.40 | 74.00 |
| 11/15/09 | EKM | Reviewed 6th Circuit Mandate and correspondence; same to RLR | 0.20 | 37.00 |
| 12/2/09 | SH | Drafted Response to Motion for Status Conference and Renewed Motion to Disgorge; electronically filed same | 1.20 | 198.00 |
| 12/10/09 | SH | Reviewed Motion for Leave to File Supplemental Pleading; Conference with RLR re: same | 0.40 | 66.00 |
| 12/29/09 | SH | Research re: response to Motion for Leave to File Supplemental Pleading | 0.50 | 82.50 |
| 12/30/09 | SH | Continued researching for Response to Motion for Leave to File a Supplemental Pleadings; Drafted Response, prepared exhibits, and electronically filed same | 5.80 | 957.00 |
| 12/31/09 | SH | Conference with RLR re: Response to Motion for Leave to File a Supplemental Pleadings; Revised Response and electronically filed same | 1.80 | 297.00 |
| 1/4/10 | EKM | Confer with RLR re: status of case; reviewed Response to Motion for Leave to File Supplemental Pleading | 0.80 | 156.00 |